No. 85–6701. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–6708. JEFFERS *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 85–6711. KAYE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–6719. NUNEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–6720. GLASCOE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–6722. SWANSON *v.* OFFICE OF PERSONNEL MANAGEMENT ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–6728. WOMBLE *v.* NORTON. Ct. App. D. C. Certiorari denied.

No. 85–6735. VANNERSON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–6736. CREECH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6740. JIMENEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–121. KEMP, WARDEN *v.* YOUNG. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–801. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* GRIFFIN. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 85–1337. NORTH CAROLINA *v.* HARBISON. Sup. Ct. N. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.